Elizabeth Rosenfeld (CA Bar No. 106577)
Email:  rosenfeld@wkpyc.com
**WOHLNER KAPLON PHILLIPS YOUNG & CUTLER**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone:  (818) 501-8030 ext. 313
Facsimile:  (818) 501-5306

Attorneys for Petitioner

Douglas N. Silverstein
**KESLUK & SILVERSTEIN, P.C.**
9255 Sunset Blvd., Suite 411
Los Angeles, CA 90069
Telephone: (310) 273-3180
Facsimile:  (310) 273-6137

Attorneys for Respondents

FILED
CLERK, U.S. DISTRICT COURT
FEB -9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDIO TRANSPORTATION DRIVERS, TEAMSTERS LOCAL #399, IBT, on Behalf of its Members Employed by PRO VIDA PRODUCTIONS, LLC/SLATE OF EIGHT, LLC,<br><br>Petitioner,<br><br>vs.<br><br>PRO VIDA PRODUCTIONS, LLC; SLATE OF EIGHT, LLC; ALAN JACOBS; SCOTT W. ALVAREZ,<br><br>Respondents. | Case No. CV09-06424 SVW (JEMx)<br><br>The Hon. Stephen V. Wilson<br><br>**[PROPOSED]**<br><br>**STIPULATED FINAL JUDGMENT** |

On January 23, 2012, Petitioner Studio Transportation Drivers, Teamsters Local #399, IBT ("Local 399") filed a Motion to Confirm Arbitration Award, seeking judicial confirmation of the Award of Arbitrator George E. Marshall, Jr. dated November 11, 2011. Respondents Por Vida Productions, LLC, a California Limited Liability Corporation ("Por Vida"), Slate of Eight, LLC, a California Limited Liability Corporation ("Slate of Eight"), Alan Jacobs ("Jacobs") and Scott W. Alvarez ("Alvarez") do not oppose judicial confirmation of the Award and entry of judgment thereon and the parties have filed with the Court a Stipulation to Confirm Arbitration Award and for Entry of Final Judgment. The Court has reviewed the Stipulation and concluded that it is appropriate for the Court to enter this Stipulated Final Judgment.

Pursuant to the parties' Stipulation, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Award issued by Arbitrator George E. Marshall, Jr. on November 30, 2011 in the matter of the arbitration between Local 399 and Respondents concerning Respondents' failure to pay wages to Local 399's members for their work on the motion picture originally known as "Por Vida" and released as "Down for Life" is confirmed in all respects.

2. In accordance with the Award:

    (a) Respondents Por Vida, Slate of Eight, Jacobs and Alvarez, jointly and severally, shall pay to Local 399, on behalf of its members the sum of $53,611.27 in unpaid wages, plus interest at the rate of 10 percent per year from July 21, 2007 until paid in full;

    (b) Respondents Por Vida, Slate of Eight, Jacobs and Alvarez, jointly and severally, shall pay to Local 399, on behalf of its members, the sum of $280,401.69 as so-called waiting time penalties due to its members pursuant to California Labor Code Section 203;

    (c) Respondents Por Vida, Slate of Eight, Jacobs and Alvarez, jointly and

1  severally, shall pay to Local 399 the sum of $87,557.50 in attorneys' fees;

2      (d)    Respondents Por Vida, Slate of Eight, Jacobs and Alvarez, jointly and
3  severally, shall pay to Local 399 the sum of $4,643.49 in costs;

4      (e)    Respondents Por Vida, Slate of Eight, Jacobs and Alvarez, jointly and
5  severally, shall pay to Local 399 the sum of $1,440.00 representing the share of the
6  Arbitrator's fees to be paid by Local 399.

**IT IS SO ORDERED.**

Dated: 2/8/12

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE